UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| GARY ROEMER<br><br>PLAINTIFF<br><br>vs.<br><br>BOARD OF REGENTS OF NEW MEXICO STATE UNIVERSITY, DAN ARVIZU, LAURA CASTILLE, DONALD CONNER, ANNAMARIE DELOVATO, ROLANDO FLORES, and MATTHEW GOMPPER, INDIVIDUALLY and in their official capacities,<br><br>DEFENDANTS. | Civil Case No. CIV 22-0524 JB/GJF<br><br>Date: February 1, 2023 |

## **UNOPPOSED MOTION TO EXTEND CASE MANAGEMENT DEADLINES**

Plaintiff Gary Roemer, by and through counsel, moves for an order extending the case management deadlines and in support thereof states as follows:

1. Plaintiff served his First Set of Interrogatories and Requests for Production on Defendants on December 16, 2022. Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, Defendants' responses were due on January 16, 2023.

2. On January 17, 2023, counsel for Defendants advised that Defendants required additional time to respond to Plaintiff's discovery requests due to the fact that the university had been closed for the holidays and that they were still in the process of gathering responsive information. Plaintiff agreed to a reasonable extension of time and asked counsel for Defendants to specify how much additional time was needed.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

3. On February 1, 2023, counsel for Defendants advised that Defendants will be able to respond to Plaintiff's discovery requests by February 14, 2023, 29 days after the original deadline of January 16, 2023.

4. Plaintiff needs a reasonable period of time to review Defendants' discovery responses prior to conducting depositions of key parties and witnesses and preparing additional Interrogatories and Requests for Production.

5. The undersigned has conferred with counsel for Defendants concerning this Motion. It is unopposed.

WHEREFORE, Plaintiff requests that all deadlines in the Court's December 5, 2022 Scheduling Order be extended by 30 days to allow the parties to complete discovery.

Respectfully Submitted,

/s/ Samantha K. Harris

Samantha K. Harris
ALLEN HARRIS PLLC
PA Bar No. 90268
*Admitted Pro Hac Vice*
PO Box 673
Narberth, PA 19072
(610) 634-8258
sharris@allenharrislaw.com

Dated: February 1, 2023

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| GARY ROEMER<br><br>PLAINTIFF<br><br>vs.<br><br>BOARD OF REGENTS OF NEW MEXICO STATE UNIVERSITY, DAN ARVIZU, LAURA CASTILLE, DONALD CONNER, ANNAMARIE DELOVATO, ROLANDO FLORES, and MATTHEW GOMPPER, INDIVIDUALLY and in their official capacities,<br><br>DEFENDANTS. | Civil Case No. CIV 22-0524 JB/GJF<br><br><br>Date: February 1, 2023 |

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing via CM/ECF on this 1st day of February, 2023 upon all registered counsel of record.

Respectfully Submitted,

/s/ Samantha K. Harris

Samantha K. Harris
ALLEN HARRIS PLLC
PA Bar No. 90268
*Admitted Pro Hac Vice*
PO Box 673
Narberth, PA 19072
(610) 634-8258
sharris@allenharrislaw.com