

**Office of Institutional Equity**
MSC 3515
New Mexico State University
P.O. Box 30001
Las Cruces, NM  88003-8001
575-646-3635,
fax: 575-646-2182
equity@nmsu.edu
equity.nmsu.edu

## CONFIDENTIAL
## NOTICE OF DETERMINATION OF APPEAL AND IMPOSITION OF SANCTIONS

October 20, 2021

Dr. Gary Roemer
MSC 4901
P.O. Box 30003
Las Cruces, New Mexico 88003
Sent electronically to: gwroemer11@gmail.com

**RE: OIE Case #2020-2021-094A-D**

Dr. Roemer:

The determination of the Hearing Officer, in the above stated Title IX cases, was sent to the Parties on September 8, 2021.  Respondent submitted appeal to OIE on September 16, 2021.  Respondent's Appeal was processed to the Office of the Chancellor, pursuant to NMSU ARP 3.25, on September 24, 2021.  The Office of the Chancellor returned a decision on the Appeal on September 27, 2021. *(See attached.)*

**The Chancellor has denied your Appeal and supports the Hearing Officer's sanction of "termination".**

This matter will be sent to Employee and Labor Relations (ELR), along with your direct supervisor, Dr. Matthew Gompper, for imposition of sanctions.

Sincerely,

Laura Castille, esq.
Executive Director/Title IX Coordinator

Cc:     Maura Gonsior, Director ELR, mgonsior@nmsu.edu
        Dr. Matthew Gompper, Department Head, gompperm@nmsu.edu
        Dr. William Boecklen, Advisor, wboeckle@nmsu.edu
        Dr. Donald Conner, Assc. Dean, deconner@nmsu.edu



EXHIBIT 4