# James Browning

**From:** Samantha Harris <sharris@allenharrislaw.com>
**Sent:** Monday, June 12, 2023 2:58 PM
**To:** NMDml_Judge Browning's Chambers nmd.uscourts.gov
**Cc:** Cody R. Rogers (crogers@serpeandrews.com); Erica Reeves; nick@harrisonhartlaw.com
**Subject:** Roemer v. NMSU: Recordings cited in ECF No. 65

**CAUTION - EXTERNAL:**

Good afternoon,

I represent plaintiff Gary Roemer in Roemer v. NMSU, et al., No. 2:22-cv-00524. There are a number of pending motions in this matter and Judge Browning has scheduled a hearing on those motions for this coming Friday morning (last week, I filed a notice of intent to appear remotely at that hearing).

While reviewing the briefing, I realized that there were several recordings cited in ECF No. 65 that I had intended to, but never did, lodge with the court. They are recordings that were produced in discovery and cited in the brief but that were not of a file type that could be uploaded as exhibits to the filing.

They are also too large to send via email, so I will provide chambers, and opposing counsel, with a link to a Box folder where these recordings can be accessed.

Best,

Samantha



**Samantha K. Harris, Esq.**
Allen Harris PLLC
**Phone:** 610-634-8258
**Email:** sharris@allenharrislaw.com
P.O. Box 673
Narberth, PA 19072
www.allenharrislaw.com

Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return email and promptly delete this email, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this email, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

*[Handwritten notations: "File on CM/ECF" with signature and date "7/1/23"; "R[?]" with date "7/1/23"]*