FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 18 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GARY ROEMER,

    Plaintiff,

v.                                            Case No. 2:22-cv-00524 JB/JHR

BOARD OF REGENTS OF NEW MEXICO
STATE UNIVERSITY, DAN ARVIZU,
LAURA CASTILLE,
DONALD CONNER, ANNAMARIE DELOVATO,
ROLANDO FLORES, and MATTHEW GOMPPER,
Individually and in their official capacities,

    Defendants.

## ORDER VACATING TRIAL SETTING AND ASSOCIATED PRETRIAL DEADLINES

THIS MATTER comes before the Court on Defendants' Unopposed Motion to Vacate Trial Setting and Associated Pretrial Deadlines, Doc. 87, filed 9/6/2023. The Court, having considered the motion and being otherwise fully advised in the premises, finds that the motion is well taken.

IT IS THEREFORE ORDERED that the current trial setting is VACATED, along with all associated pretrial deadlines. The Court may reset the matter for trial at a later date.

                                            _____
                                            HONORABLE JAMES O. BROWNING
                                            UNITED STATES DISTRICT JUDGE

SUBMITTED:

SERPE ANDREWS, PLLC
*/s/ Cody R. Rogers*
Cody R. Rogers
2540 El Paseo Road, Suite D
Las Cruces, NM 88001
Tel. (575) 288-1453

crogers@serpeandrews.com
*Attorney for Defendants Board of Regents of NMSU,
Arvizu, Conner, Delovato, Flores and Gompper*

AND

ALLEN LAW FIRM, LLC

*s/ Michelle Lalley Blake*
Michelle Lalley Blake
6121 Indian School Rd. NE, Suite 230
Albuquerque, NM 87110
(505) 298-9400
mblake@mallen-law.com
*Attorneys for Laura Castille*

APPROVED:

ALLEN HARRIS PLLC

*approved via email 9-6-2023*
Samantha K. Harris
PA Bar No. 90268
PO Box 673
Narberth, PA 19072
(610) 634-8528
Sharris@allenharrislaw.com
*Attorney for Plaintiff*

2