UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| GARY ROEMER<br><br>PLAINTIFF,<br><br>vs.<br><br>BOARD OF REGENTS OF NEW MEXICO STATE UNIVERSITY, DAN ARVIZU, LAURA CASTILLE, DONALD CONNER, ANNAMARIE DELOVATO, ROLANDO FLORES, and MATTHEW GOMPPER, INDIVIDUALLY and in their official capacities,<br><br>DEFENDANTS. | Case No. 2:22-cv-0524 JB/JHR<br><br>**FILED**<br>UNITED STATES DISTRICT COURT<br>Date   ALBUQUERQUE, NEW MEXICO<br><br>MAR 0 3 2025<br><br>MITCHELL R. ELFERS<br>CLERK |

### ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR FINAL JUDGMENT PURSUANT TO FRCP 54(B) ON COUNTS II and III

This Matter, having come before the Court on Plaintiff's Unopposed Motion for Final Judgment Pursuant to FRCP 54(B) on Counts II and III, and

It appearing that the Motion is uncontested and should be granted for good cause shown, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff's Unopposed Motion for Final Judgment Pursuant to FRCP 54(B) on Counts II and III is granted.

ENTERED this 3 day of March, 2025

_James O. Browning_
James O. Browning
United States District Judge