

**JERRY H. RITTER**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
District of New Mexcio
United States Courthouse
100 North Church Street
Las Cruces, NM 88001

Ph: (575) 528-1670

March 11, 2025

Dear Counsel,

    Circumstances have arisen which, while not requiring my recusal in this case, might be considered by some to raise concerns about impartiality.  The circumstances are that I have applied for reappointment as a United States Magistrate Judge.  My current term expires on September 4, 2025.  As part of the reappointment process, the Magistrate Judge Selection Panel is conducting a review of my term and will make a recommendation to the District Judges of the District of New Mexico whether I should be reappointed.  A review of my assigned cases indicates that attorney members of the Panel represent parties in a few instances; a short table is attached below to identify the specific cases and attorneys.

    Advisory Opinion No. 97 states that a Magistrate Judge should recuse from such cases during the review period, though recusal can be subject to remittal upon specific conditions.  Parties and counsel in affected cases have the right to notice of the conflict and to determine whether they consent to allow me to continue in the case or whether it should be assigned to another judge.  If any party to an affected case does not consent, the case will be reassigned.

    To maintain confidentiality of your choices, in the event that all parties agree that I can remain on the case, they must file a single joint notice on the docket stating their unanimous agreement.  Please do not file any individual responses; a filing is only required in the event that all parties unanimously consent to my continued involvement in the case.

    If the parties do not file a joint notice of unanimous agreement that I may continue in any of the listed cases by March 18, 2025, that case will be reassigned.

    Thank you for your attention to this matter.

Sincerely,

*Jerry H. Ritter*
Jerry H. Ritter

U.S. Magistrate Judge

| Case Number/Title | Panel Attorney Involved |
|---|---|
| 18-cv-00162-JHR-KK<br>Xerox Corporation v. WBC, Inc. | Gerald Dixon |
| 22-cv-00524-JB-JHR<br>Roemer v. Board of Regents of New Mexico State University | Cody R. Rogers |
| 23-cv-00547-JB-JHR<br>Hyman v. New Mexico State University | Cody R. Rogers |
| 24-cv-00492-JHR-DLM<br>Mack Energy Corporation v. Summit Casing Services, LLC | Richard E. Olson |
| 24-cv-01260-GJF-JHR<br>JC Services, LLC v. Certain Underwriters at Lloyd's of London | Richard E. Olson |