| | |
|---|---|
| GARY ROEMER<br><br>PLAINTIFF,<br><br>vs.<br><br>BOARD OF REGENTS OF NEW MEXICO STATE UNIVERSITY, DAN ARVIZU, LAURA CASTILLE, DONALD CONNER, ANNAMARIE DELOVATO, ROLANDO FLORES, and MATTHEW GOMPPER, INDIVIDUALLY and in their official capacities,<br><br>DEFENDANTS. | Case No. 2:22-cv-0524 JB-SCY<br><br><br>Date: March 27, 2025 |

## NOTICE OF APPEAL

NOTICE IS GIVEN that Plaintiff/Appellant Gary Roemer appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment of the U.S. District Court for the District of New Mexico, the Honorable James Browning, entered on March 3, 2025.

                                                Respectfully submitted,

                                              /s/ Samantha K. Harris
                                            Samantha K. Harris
                                            ALLEN HARRIS PLLC
                                            PO Box 673
                                            Narberth, PA 19072
                                            (610) 634-8258
                                            sharris@allenharrislaw.com
                                            PA Bar No. 90268
                                            *Admitted pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the foregoing via CM/ECF on this 27th day of March, 2025, upon all registered counsel of record.

/s/ Samantha K. Harris

Samantha K. Harris