

# United States District Court
## District of New Mexico
### Office of the Clerk
#### Pete V. Domenici United States Courthouse

**Mitchell R. Elfers**
**Clerk of Court**

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

**Divisional Offices**
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

April 9, 2025

Chris Wolpert, Clerk
United States Court of Appeals for the Tenth Circuit
The Byron R. White United States Courthouse
1823 Stout Street
Denver, CO 80257

Re:  *(Roemer v. Board of Regents of New Mexico State University et al) (USDC Case# 22cv524 JB-SCY and USCA Case# 25-2033)*

Dear Mr. Wolpert,

Please be advised that the record on appeal in the above referenced matter is now complete.

(X)  A transcript order form has been filed by the appellant stating that a transcript is not necessary for this appeal.

( )  A transcript order form has been filed by appellant stating that the necessary transcript is already on file in the United States District Court.

( )  The transcripts which were ordered are now on file with the United States District Court.

Sincerely,
Mitchell R. Elfers
Clerk of Court

/s/
_____
By: B. Ashleigh-Phear

cc: Counsel of Record