IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GARY ROEMER,

    Plaintiff,

vs.                                                                                    No. CIV 22-0524 JB/SCY

BOARD OF REGENTS OF NEW
MEXICO STATE UNIVERSITY, et al.

    Defendants.

## ORDER

This Matter, having come before the Court on Plaintiff's Unopposed Motion to Modify Scheduling Order, and

It appearing that the Motion is uncontested and should be granted for good cause shown, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff's Unopposed Motion to Modify Scheduling Order is granted and the Court's January 12, 2026 Scheduling Order is modified as follows:

- The parties shall meet and confer no later than March 5, 2026, to formulate a provisional discovery plan.

- The Plaintiff is responsible for filing the JSR by March 16, 2026.

- The Rule 16 scheduling conference originally set for February 19, 2026, shall be rescheduled to an available date on the court's calendar following the filing of the JSR.

_____
UNITED STATES DISTRICT JUDGE